IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRYSTAL BERRY<br>    Plaintiff | §<br>§<br>§ |
| | § Civil Action No. 4:17-cv-02629 |
| VS. | §<br>§ |
| ALBIN GOLLA AND MISSIONARIES<br>OF THE COMPANY OF MARY, INC.<br>    Defendants | §<br>§<br>§ |

## DEFENDANT'S SUGGESTION OF DEATH

COMES NOW Defendant, **ALBIN GOLLA**, by and through his attorney of record, and would show that Brother Albin Golla died on January 5, 2018. Brother Golla did not leave any assets and there is not expected to be any estate opened as a result of his death.

Respectfully submitted,

**FUNDERBURK FUNDERBURK COURTOIS, LLP**

  /s/ *Mark Courtois*
**MARK J. COURTOIS**
State Bar No. 04898650
Email: mjcourtois@ffllp.com
**DIANE S. DAVIS**
State Bar No. 24053836
Email: ddavis@ffllp.com
2777 Allen Parkway, Suite 1000
Houston, Texas  77019
713-526-1801 Telephone
713-526-2708 Telecopier
**ATTORNEYS FOR DEFENDANT,
ALBIN GOLLA**

## **CERTIFICATE OF SERVICE**

  Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument to which this Certificate is attached was duly served upon each party by the ECF System for filing and transmittal on this 19th day of January 2018.

              _____/s/_____
               **MARK J. COURTOIS**