# EXHIBIT "A"

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KRYSTAL BERRY** § | |
|    Plaintiff § | |
| § | |
| § | Civil Action No. 4:17-cv-02629 |
| **VS.** § | |
| § | |
| **ALBIN GOLLA AND MISSIONARIES** § | |
| **OF THE COMPANY OF MARY, INC.** § | |
|    Defendants § | |

## AFFIDAVIT OF JOHN GALLA

STATE OF TEXAS                 §
COUNTY OF HARRIS         §

BEFORE ME, the undersigned notary public, on this day personally appeared JOHN GALLA who, being by me duly sworn on oath, deposed and said the following:

> "My name is JOHN GALLA. I am over eighteen (18) years of age, have never been convicted of any offense involving moral turpitude, and am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are true and correct."
>
> "I am an individual resident of the City of Houston. I am knowledgeable about Albin Golla (hereinafter "Golla"), the original named defendant in this matter, because he was my uncle. Golla was a brother in a Catholic order of the Missionaries of the Company of Mary, also known as the Montfort Missionaries. Golla was born in the Houston area, and he usually returned once or twice a year to visit family and friends. At the time of the accident at issue in this case, he was on one of these vacation visits. He was staying with me during the visit when this accident occurred. Golla always arranged for his own transportation while in Houston. I had no

1

involvement in the accident at issue in this case, aside from coming to the accident scene following the accident. I was not a driver of either of the vehicles and I did not own any of the vehicles involved in the accident at issue in this lawsuit.

"Golla took a vow of poverty as part of his membership in the Montfort Missionaries, and as such, he did not have any assets. I am not aware of any estate that was taken out after his death, and because he did not have any property or assets, in my opinion there would not have been any need for an estate. I am not a representative or executor of Golla's estate, and I do not wish to serve in any capacity as a representative of any estate taken out for Golla. I have not received any property or any kind, or any distribution, from Golla after his death, as he had nothing to distribute. My only relationship with Golla was that he was my uncle whom I cared about.

Further Affiant sayeth not.

_____
JOHN GALLA

SWORN AND SUBSCRIBED before me this 2, day of ~~April~~ MAY, 2018.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Rosa L. Perez
(Printed Name of Notary)

ROSA L PEREZ
My Commission Expires
February 12, 2019

My Commission Expires:
February 12, 2019

2