IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRYSTAL BERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-2629 |
| | § | |
| ALBIN GOLLA AND MISSIONARIES | § | |
| OF THE COMPANY OF MARY, INC., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the accompanying memorandum and opinion, John Galla's motion for summary judgment, (Docket Entry No. 39), is granted. This case is dismissed, with prejudice. The Missionaries of Mary's motion to certify a final judgment under Rule 54(b), (Docket Entry No. 31), is denied as moot.

SIGNED on June 15, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge